*Morgan v.* Anderson and Wife.—In error.

THE Probate Court of *Parke* county appointed *William Morgan* as the guardian of *Mary Morgan*, a minor under fourteen years of age.   The Court, in 1840, on the application of *James C. Anderson* and his wife, the mother of the minor, revoked the appointment of *Morgan*, and appointed the applicants guardians in his stead, on account of the relationship of *Anderson's* wife to the ward.   *Held*, that the Court had not power to remove a guardian, except in cases relating to the faithful performance of his trust, or to the sufficiency of the security given by him; and that, therefore, the removal in this case was without authority.   R. S. 1838, pp. 195, 196.